UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

Case No. 19-17614-DER

IN RE:

Chapter 13

BRADLEY D. GOODE
    Debtor

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Nikita Joshi and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Ditech Financial LLC ("Creditor"), in the above-captioned case related to the property located at 1327 Nautical Circle, Essex, MD 21221 and the loan number ending XXXXXX0677 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Nikita Joshi
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com


Respectfully Submitted,


Dated: July 26, 2019

/s/ Nikita Joshi
Nikita Joshi, Esq., MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for Creditor*

BWW#: MD-317199

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of July, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

James R. Logan, Esq.

      I hereby further certify that on this 26th day of July, 2019, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Bradley D. Goode
1327 Nautical Cir
Essex, MD 21221-6082

/s/ Nikita Joshi
Nikita Joshi, Esq.

BWW#: MD-317199